# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# GREENVILLE DIVISION

| | |
|---|---|
| HARRY JAMES NIX, ) | Civil Action No. 6:14-cv-00071-JMC |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Upon consideration of the Stipulation (ECF No. 32) for payment of attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), it is hereby, **ORDERED** that Plaintiff, Harry James Nix, is awarded attorney fees under the EAJA in the amount of Four Thousand dollars and Zero cents ($4,000.00), Sixteen Dollars ($16.00) in expenses and Seven dollars ($7.00) in costs. These attorney fees will be paid directly to Plaintiff, Harry James Nix, and sent to the business address of Plaintiff's counsel. Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

In accordance with the Stipulation, Plaintiff's EAJA petition (ECF No. 30) is **MOOT**.

**IT IS SO ORDERED.**

*J. Michelle Childs*
United States District Judge

May 19, 2015
Columbia, South Carolina